**Motion Granted; Order filed February 5, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00419-CV

_____

### GEORGA A. MORAN, JR AND SUSAN K., MORAN, Appellants

### V.

### MEMORIAL POINT PROPERTY OWNERS ASSOCIATION, INC, Appellee

**On Appeal from the 411th District Court
Polk County, Texas
Trial Court Cause No. CIV 24596**

## ORDER

On January 24, 2013, appellants filed a motion to transfer the original exhibits to this court. Appellants included the exhibits in the form of hard copies. As of November 1, 2010, all reporter's records, including exhibits, filed in this court are required to be filed in electronic format. 14th Court of Appeals Loc. Rule 3. Therefore, appellants motion is granted, and they are ordered to convert the exhibits into an electronic format and file an electronic record with this court. The costs of electronic conversion shall be

included as costs of the appeal to be assessed at the time the appeal is decided.  The electronic record is due on or before **March 5, 2013.**

PER CURIAM